UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RAY EDWARD BARRETT #406172 | CIVIL ACTION NO. 23-cv-355 SEC P |
| VERSUS | JUDGE EDWARDS |
| SAMUEL HAYES ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 18), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is dismissed without prejudice for failure to comply with a court order and for failure to prosecute.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 15th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JERRY EDWARDS, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE